# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED ANDREW MARTIN,<br><br>   Plaintiff,<br><br>   v.<br><br>GUTIERREZ, *et al.*,<br><br>   Defendants. | Case No.  1:22-cv-00600-BAM (PC)<br><br>ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* WITHOUT PREJUDICE<br><br>(ECF No. 2)<br><br>ORDER REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE<br><br>**FORTY-FIVE (45) DAY DEADLINE** |

Plaintiff Jared Andrew Martin ("Plaintiff") is a county jail inmate proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  On May 20, 2022, Plaintiff filed a complaint, together with a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF Nos. 1, 2.)

Plaintiff's application to proceed *in forma pauperis* is incomplete.  There is no certified copy of Plaintiff's trust account statement for the past six months attached to the application as the instructions require.  Plaintiff must submit a completed form, including a certified copy of his trust account statement, if he wishes for the application to be considered.

///

///

1

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion to proceed *in forma pauperis*, (ECF No. 2), is DENIED, without prejudice;

2. Within **forty-five (45) days** from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, completed and signed, including a certified copy of his trust account statement for the past six months, or in the alternative, pay the $402.00 initial filing fee for this action;

3. No extension of time will be granted without a showing of good cause; and

4. **The failure to comply with this order will result in dismissal of this action without prejudice.**

IT IS SO ORDERED.

Dated: **May 26, 2022**          /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE